# EXHIBIT 1

# ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 290

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SANTA CRUZ  
**BRANCH** _____  
**COURT I.D.** 4 4

**FILED**  
APR 24 1987  
RICHARD W. BEDAL, Clerk  
By NEDRA WILSON, DEPUTY  
SANTA CRUZ COUNTY

**PEOPLE OF THE STATE OF CALIFORNIA** versus  
**DEFENDANT:** KENNETH E. LUTHER  
**AKA:**  
[X] PRESENT  
[ ] NOT PRESENT

**CASE NUMBER(S):** 0355 -A

**COMMITMENT TO STATE PRISON**  
**ABSTRACT OF JUDGMENT**  
[ ] AMENDED ABSTRACT

| DATE OF HEARING (MO/DAY/YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 4 / 24 / 87 | I | JOHN A. MARLO | N. Wilson Gohnert |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| Susan Wiesenfeld | Steve Engelhardt | Ben Rice | Kenneth R. Warwick |

**1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:**

A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT ____

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DAY/YEAR) | CONVICTION BY | TERM (L,M,U) | PRINCIPAL OR CONSECUTIVE TIME IMPOSED (YEARS/MONTHS) |
|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187 | murder, 2nd deg. | 86 | 3/13/87 | x (court trial) | indeterminate, see attachment |
| 2 | PC | 496 | receive stolen property | 86 | 3/2/87 | x | M | 2 / 0 |

**2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):**

| COUNT | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12022.5 | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | x | x | | | | | 2 / 0 |

**3. INCOMPLETED SENTENCE(S) CONSECUTIVE:**

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|

**5. A. NUMBER OF PRIOR PRISON TERMS:**

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | | | |
| 667.6(b) | | | |

**4. OTHER ORDERS:** *to be served prior to indeterminate term pursuant to §669 PC. See attachment for commitment for indeterminate term.

**B. NUMBER OF PRIOR FELONY CONVICTIONS:**

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

**6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):** ____

**7. TIME STAYED §1170.1(a) [5-YEAR LIMIT] AND/OR §1170.1(f) [DOUBLE BASE LIMIT]:** ____

**8. TOTAL TERM IMPOSED:** *4 / 0

**9. EXECUTION OF SENTENCE IMPOSED:**  
A. [X] AT INITIAL SENTENCING HEARING  
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL  
C. [ ] AFTER REVOCATION OF PROBATION  
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC §1170(d)]

**10. DATE SENTENCE PRONOUNCED:** 4 / 24 / 87  
**CREDIT FOR TIME SPENT IN CUSTODY:** 525 TOTAL DAYS INCLUDING: **ACTUAL LOCAL TIME:** 350 **LOCAL CONDUCT CREDITS:** 175  
**STATE INSTITUTIONS:** [ ] DMH  [ ] CDC

**11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:**  
[X] FORTHWITH  
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS  
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:  
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA  
[X] CALIF. MEDICAL FACILITY — VACAVILLE  
[ ] CALIF. INSTITUTION FOR MEN — CHINO  
[ ] OTHER (SPECIFY): ____

**CLERK OF SUPERIOR COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.  
**DEPUTY'S SIGNATURE** /s/ Nedra Wilson  **DATE** 4-24-87

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California  
Effective July 1, 1981

**ABSTRACT OF JUDGMENT — COMMITMENT**  
FORM DSL 290  
Pen.C. 1213.5

**DISTRIBUTION:** PINK COPY — COURT FILE,  YELLOW COPY — DEPARTMENT OF CORRECTIONS,  WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS.  
CRC (P)

# ABSTRACT OF JUDGMENT — COMMITMENT
## SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

FORM DSL 290.1

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SANTA CRUZ
**BRANCH** ___

**COURT I.D.** 4 4

**FILED JUN 8 1987**
RICHARD W. BEDAL, Clerk
By _____ DEPUTY
SANTA CRUZ COUNTY

**PEOPLE OF THE STATE OF CALIFORNIA** versus
**DEFENDANT:** KENNETH E. LUTHER   [X] PRESENT   [ ] NOT PRESENT
**AKA:**

**COMMITMENT TO STATE PRISON**
**ABSTRACT OF JUDGMENT**
1ST AMENDED 6/8/87   [X] AMENDED ABSTRACT
**CASE NUMBER:** 0355

| DATE OF HEARING (MO/DAY/YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 4/24/87 | I | JOHN A. MARLO | N. Wilson Gohnert |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| Susan Wiesenfeld | Steve Engelhardt | Ben Rice | Kenneth R. Warwick |

**1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY:**

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DAY/YEAR) | CONVICTION BY (JURY/COURT/PLEA) | TERM | TIME IMPOSED (YEARS/MONTHS) |
|---|---|---|---|---|---|---|---|---|
| 2 | PC | 496 | receive stolen property | 86 | 3/2/87 | X | M | 2 0 |

**2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):**

| COUNT | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12022.5 | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *1 | | | | | X | X | | | | | 2 0 |

**3. OTHER ORDERS:**
*Ct 1 is on attached indeterminate sentence form. Enhancement is to be served prior to indeterminate term pursuant to §669 PC. See attachment for commitment for indeterminate term.

**4. A. NUMBER OF PRIOR PRISON TERMS:**

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | | | |
| 667.6(b) | | | |

**B. NUMBER OF PRIOR FELONY CONVICTIONS:**

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

**5. TIME STAYED §1170.1(f) [DOUBLE BASE LIMIT]:**

**6. TOTAL TERM IMPOSED:** *4 0

**7.** [X] THIS SENTENCE IS TO RUN **CONCURRENT** WITH ANY PRIOR UNCOMPLETED SENTENCE(S).

**8. EXECUTION OF SENTENCE IMPOSED:**
A. [X] AT INITIAL SENTENCING HEARING
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC §1170(d))

**9. DATE SENTENCE PRONOUNCED:** 4/24/87
**CREDIT FOR TIME SPENT IN CUSTODY:** 525   **TOTAL DAYS INCLUDING:** 350   **ACTUAL LOCAL TIME:** 350   **LOCAL CONDUCT CREDITS:** 175
**STATE INSTITUTIONS:** [ ] DMH   [ ] CDC

**10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:**
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[X] CALIF. MEDICAL FACILITY — VACAVILLE
[ ] CALIF. INSTITUTION FOR MEN — CHINO
[ ] OTHER (SPECIFY):

**CLERK OF SUPERIOR COURT**
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
**DEPUTY'S SIGNATURE:** _signature_   **DATE:** 6-8-87

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1981

**ABSTRACT OF JUDGMENT — COMMITMENT**
**SINGLE OR CONCURRENT COUNT FORM**
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Pen. C. 1213.5

| | |
|---|---|
| Insert name of court, branch court, if any, and mailing address<br>**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ** | FOR COURT USE ONLY<br>**F I L E D**<br>APR 24 1987<br>RICHARD W. BEDAL, Clerk<br>By _____ DEPUTY<br>SANTA CRUZ COUNTY |
| **PEOPLE OF THE STATE OF CALIFORNIA**<br>**DEFENDANT:** KENNETH E. LUTHER   [X] Present   [ ] Not Present | |
| [X] **JUDGMENT OF COMMITMENT TO:**   [X] STATE PRISON   [ ] COUNTY JAIL<br>[ ] **ORDER GRANTING PROBATION**   [ ] AND MINUTE ORDER | CASE NUMBER 0355 |

| Date of hearing: | Dept. No.: | Judge: | Clerk: | Reporter. |
|---|---|---|---|---|
| 4/24/87 | I | JOHN A. MARLO | N. Wilson Gohnert | Susan Wiesenfeld |
| **Counsel for People:**<br>Steve Engelhardt | | **Counsel for defendant:**<br>Ben Rice | | **Probation Officer:**<br>Kenneth Warwick |

1  Defendant was convicted of the commission of the following crime on (Date) 3/13/87

| Count | Code Section | Crime | Degree | By Jury, Court or Plea (Specify) |
|---|---|---|---|---|
| 1 | 187**PC | murder | 2nd | Jury |

2  Defendant [ ] was arraigned [X] waived arraignment for judgment
3  The court, having read and considered the probation report and no legal cause having been shown why judgment should not be pronounced
   a [X] Sentences defendant to State Prison for ~~xxxxxxxxxxxxxxxxxx~~ 15 years to life.
   b [ ] Specifies, pursuant to Pen. C. 1202b, the minimum term of imprisonment shall be six months as to count
   c [ ] Sentences defendant to County Jail for the period of (Specify number of days)
   d [ ] Suspends imposition of sentence and defendant is placed on probation for the period of
        [ ] upon conditions set forth in attachment 3d.
4  [X] Defendant, convicted of more than one count, shall (See attached abstract for determinate sent
   a [X] serve the sentence as to each count as follows:

| Count | Consecutive ~~xxx~~ to | Concurrent with |
|---|---|---|
| 1 | Ct. 2 & 12022.5 PC enhancement (determinate sentences) pursuant to §669 PC. | |

   b [X] serve the counts made consecutive in the following order Ct. 1 consecutive to Ct. 2 and §12022.5 PC enhancement

5  Defendant shall serve this sentence with respect to any prior uncompleted sentence   a [X] concurrently   b [ ] consecutively.
   c [ ] as set forth below or in attachment 5c

6  Execution of sentence is
   a [ ] stayed on the following count                                    pending appeal, with the stay to become permanent
        when the sentence is completed as to count
   b [ ] suspended and defendant is placed on probation for the period of
        [ ] upon conditions set forth in attachment 6b
7  [ ] No allegation to enhance punishment was made in count
8  [ ] It was alleged
   a [ ] Defendant was armed with a deadly weapon at the time of the commission or attempted commission of the crime charged in count.   [ ] and allegation stricken as to count

(Continued on reverse side)

This form satisfies the requirements of Penal Code 1213.5 (Abstract of Judgment and Commitment) Singular includes the plural. This form is to be used in judgments other than death. A copy of probation report shall accompany this form pursuant to Penal Code 1203c and a copy of any supplementary probation report shall be transmitted to the Department of Corrections. Attachments may be used but must be incorporated by reference

Form Approved by the

CLK 7100  New 9/76

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ | | | CASE NUMBER: 0355 |
|---|---|---|---|
| DATE 4/24/87 | JUDGE JOHN A. MARLO | CLERK N. Wilson Gohnert | (X) INFORMATION ( ) INDICTMENT |
| DEPARTMENT I | BAILIFF Marty Eryavec | REPORTER Susan Wiesenfeld | ( ) CERTIFICATE FILED: 9/11/86 |
| PEOPLE v. KENNETH E. LUTHER | VIOLATION OF SECTION(S): 1: 187 PC, felony, 2nd deg, w/12022.5 PC alleg 2: 496 PC, felony 3: 664/484 PC, misd. | DISTRICT ATTORNEY Steve Engelhardt, Gary Brayton, James Berglund, Mary Bierbaum COUNSEL FOR DEFENDANT Ben Rice PROBATION OFFICER Beetle MacDonald, Pam Hospers | |

People, represented as above, and defendant is present with counsel. Deanna Duncan and Christopher Nicholas Vomvolakis make statements for the record. Counsel address the Court and the Court comments.

**JUDGMENT**

The Court, having read and considered report(s) submitted herein and no legal cause having been shown why judgment cannot be pronounced:
( ) reinstates criminal proceedings
( ) having found defendant in violation, revokes probation
( ) arraigns defendant for judgment
(X) formal arraignment waived
( ) pronounces sentence and suspends ( ) execution ( ) imposition
( ) grants probation for _____ years on usual conditions and that defendant:
   ( ) serve _____ days in the County Jail
   ( ) submit person, residence and vehicle to search/seizure
   ( ) make restitution through the Probation Department in
      ( ) the sum of $ _____
      ( ) an amount determined by said Department
   ( ) pay a fine in the sum of $ _____ plus $ _____ PA and $ _____ VIP
   ( ) participate in educational/counseling program(s)
   ( ) submit to testing for use of alcohol/controlled substances
   ( ) totally abstain from use of alcohol

The Court takes no action as to Ct. 3 (misdemeanor) at this time.

( ) reinstates probation under original terms/and in addition
(X) denies probation pursuant to Rules 414(a), 414(c)(8), 414(d)(3)
and sentences defendant to:
   ( ) County Jail for _____ days
   (X) State Prison for total term of 19 years to life
Ct.1: (X) indeter. term of 15 years to life per Rules
   ( ) prior felony for _____ years
   (X) special allegation of 12022.5 PC for 2 years
   (X) count 1 to be consecutive to count 2 for 15 years to life
   (X) count 2 for 2 years, middle term
   ~~XXXXXXXXXXXXXXXXXXXX~~
   ( ) prior uncompleted sentence _____
   (X) Ct. 1 and spec. alleg. are consecutive to Ct. 2 pursuant to Rules 425(a)(1), 425(a)(3), and per §669 PC.

**STAY**
( ) Execution of sentence is
   ( ) stayed, pending appeal
   ( ) stayed as to count _____, stay to become permanent when sentence has been served on count _____

**OTHER DISPOSITIONS**
( ) defendant committed to California Youth Authority
( ) criminal proceedings having been suspended, defendant is
   ( ) committed to California Rehabilitation Center
   ( ) committed as a mentally disordered sex offender
   ( ) committed as a mentally incompetent pursuant to section _____
( ) if prison sentence, term would be _____ years
( )

**CREDIT**
(X) Defendant's credit for time, through today
   (X) is 525 total days
   (X) being 350 days local time
   (X) plus 175 days 4019(b) PC time
   ( ) and _____ days state institution time

**CUSTODY STATUS**
(X) Defendant is remanded to the custody of the Sheriff to be delivered/or
   (X) to the Director, Department of Corrections
   ( ) to _____ State Hospital
   ( ) to County Jail
   ( )
( ) stay of execution granted and defendant to report

**APPEAL AND PAROLE RIGHTS**
(X) The Court advises defendant of
   (X) appeal rights and defendant acknowledges receipt of copy of Notice of Rights
   (X) statutory provisions of term of parole upon completion of sentence and consequences of violation of parole

**BAIL**
( ) Bail _____
( ) is exonerated

**CLERK'S CERTIFICATE**
I hereby certify that the foregoing is a correct copy of the original on file in my office.

Date: 4-24-87

Clerk of the Superior Court
By _____ Deputy Clerk
[seal]

cc: (X) DA  (X) JAIL  (X) PROBATION  (X) STATE PRISON

CRIMINAL MINUTES — SENTENCE                    CLK 7300 NEW 1/79