# EXHIBIT 3

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
FEBRUARY 2005 CALENDAR

LUTHER, KENNETH                                                    D55450

I.   **COMMITMENT FACTORS:**

    A.    **Life Crime:** Count 1; PC 187, Murder 2nd with P12022.5 Use of Firearm; enhancement, Count 2; PC 496, Receiving Stolen Property, Case #0355. Term: For Count 1 (PC 187)-15 years to Life plus 2 years for PC 12022.5 enhancement. For Count 2 (PC 496)-2 years. Total Term: 19 years. MEPD: 12/11/98. Victim; Joseph Vamvolakis, no known relationship.

        1.    **Summary of Crime:** On May 10, 1986, at approximately 1:40 a.m., Kenneth Luther attempted to steal a stereo from the Jeep belonging to Stacey Hine, which was parked in front of her parent's residence. During the attempted theft, Luther was observed and pursued by Stacey Hine's boyfriend, Joseph Vomvolakis, the victim. Joseph Vomvolakis happened to be leaving the residence at the time of the theft. Stacey Hine stated that shortly after Joseph had left the residence, she had heard three gunshots. While she called the sheriff's office, she asked her brother, Martin, to check out what had happened. Simultaneously, a sheriff's deputy reported to the location of "a man down", later identified as Joseph Vomvolakis. Joseph Vomvolakis had suffered two gunshot wounds from a .25 caliber automatic weapon. Both wounds, one to the abdomen and the other to the head, would have by themselves caused death. The deputies canvassed the area and went to a nearby motel where they interviewed Luther. Fingerprints were matched to Luther from a beer can and knife found near the Jeep. Upon cross-examination, Luther told the deputies where the gun was located. He admitted he had stolen the gun a few weeks prior to the shooting. A gun and screwdriver were retrieved by deputies from a nearby field (Santa Cruz Co. POR #A24, 952, dated 4/20/87).

        2.    **Prisoner's Version:** Luther states there are minor differences between the POR Offense Summary and his version. He declined to elaborate on these differences.

        3.    **Aggravating/Mitigating Circumstances:**

            a.    **Aggravating Factors:**

SENT TO INMATE ON JAN 03, 2005

LUTHER, KENNETH    D55450    CTF-SOLEDAD    FEB/2005

- Luther was engaged in other reliably documented criminal conduct which was an integral part of the crime for which he is committed. He had stolen the handgun used in the crime a couple of weeks prior to the shooting. At the time of the crime, Luther had been under the influence of cocaine and alcohol. Later, when he was arrested, a blood sample proved positive for cocaine and cannabanoids. The victim had interrupted Luther, who was attempting to steal a stereo component. The stereo components were later found at Luther's residence.

- The manner in which the crime was committed created potential for serious injury to persons other than the victim of the crime. Deputies found three .25 caliber shell casings at the scene of the crime. Any one of those shots could have entered the homes in the area hitting the inhabitants, even though the shooting took place at 1:40 a.m., and most of the inhabitants were in bed asleep.

    b.    **Mitigating Factors**: None.

B.    **Multiple Crime(s)**: N/A

    1.    **Summary of Crime**: N/A

    2.    **Prisoner's Version**: N/A

II.    **PRECONVICTION FACTORS**:

    A.    **Juvenile Record**:

12/03/80: Arrested 484/496 P.C., Theft and Receiving Stolen Property-placed on informal supervision by the Santa Cruz County Probation Department.

06/08/81: Arrested 23110 VC/594 P.C., Throwing Substance at Vehicles/Vandalism-dismissed after investigation.

    B.    **Adult Convictions**:

09/10/83: Arrested 11357(c)/11359/11360(A) H&S, Possession Marijuana over 1 ounce, 28.5 gram/Possession Marijuana, Hashish For Sale or Transport Marijuana/Hashish-convicted of possession marijuana over 1 ounce/28.5 gram, 36 month summary probation, 30 days jail.

07/31/85: Arrested 415.1 P.C., Fight/Challenge Another to Fight in a Public Place-charge 415.1 and 1320a. P.C. Failure to appear, while charged with misdemeanor, $44 fine, 1 day jail, 1 day CTS, 6 month good behavior.

C. **Personal Factors:** Kenneth E. Luther, Jr. was born on November 20, 1963 in Santa Cruz, California to Kenneth E. and Billie Luther. He is the third of four children. His father was a construction superintendent while his mother was a housewife. As early as 1981, his parents were involved in Alcoholics Anonymous and Luther was involved in Teen-anon. He began using marijuana at 16 or 17 years of age and began using cocaine at 19 years of age. He regularly consumed alcohol. Luther attended Aptos High School until the 11th grade when he quit due to being discovered having possession of stolen school property. He entered the United States Army on February 1, 1984 and was discharged on February 29, 1984 due to having arthritis in his right shoulder. He had been employed intermittently as a laborer in construction.

Sources: P.O.R., CI&I.

III. **POSTCONVICTION FACTORS:**

A. **Special Programming/Accommodations:** N/A

B. **Custody History:** Documents from the previous hearing(s) have been considered and that information remains valid. Luther remains at CTF and housed with the general population. Luther is currently assigned to the Vocational Print Shop, receiving satisfactory grades per CDC 128-E's dated 12/31/03, 3/31/04, 6/14/04, and 6/30/04. On 6/23/04, Luther received a Certificate of Completion in Vocational Computer refurbishing.

C. **Therapy and Self-Help Activities:** Documents from the previous hearing have been considered and that information remains valid. During the period of time since the last hearing, Luther has actively participated in Alcoholic's/Narcotic's Anonymous. (See Postconviction Progress Reports for details). He states that his involvement in Alcoholic's Anonymous/Narcotic's Anonymous dates back to 1989. This is verified in CDC 128-B dated 7/9/90.

D. **Disciplinary History:** During the period of time since his last hearing, Luther has remained disciplinary free.

E. **Other:** Luther appeared before the Board Of Prison Terms for his Subsequent Hearing #2 on 2/14/02. The BPT made the following decisions and recommendations: Parole denied 3 years. Remain disciplinary free, upgrade vocationally, and participate in self help and therapy.

IV. **FUTURE PLANS:**

    A.    **Residence:** Luther's first choice is to parole to Dayton, Nevada in order to reside with his parents Kenneth Sr. and Billie Luther at 507 Rawe Peak Drive, Dayton Nevada 89403 (775)246-1428. If this is not possible due to his previous residence being in Santa Cruz County (county of commitment offense), then he will reside with his sister, Carrie Thompson at 247 Sierra Vista CT, Aptos, California 95003 (831) 688-8555.

    B.    **Employment:** Currently, Luther is waiting for replies to several letters he has sent to companies for various jobs within the construction industry. He has already received an offer from the owner of a masonry company. Jack Benson is the owner of this masonry-construction business.

    C.    **Assessment:** In review of Luther's parole plans, this writer does not foresee any problems with his readjustment back into society.

V. **USINS STATUS:** N/A.

VI. **SUMMARY**

    A.    Prior to release Luther could benefit from remaining disciplinary free and continue participating in Alcoholic's Anonymous and Narcotic's Anonymous.

    B.    This report is based upon an interview with Luther on 11/5/04 lasting approximately 1 hour and a complete review of the Central File lasting 2 hours.

    C.    Luther was afforded an opportunity to review his Central File, per the Olson Decision on 11/5/04. Luther reviewed his file per CDC 128-B dated 11/5/04 located on the general chrono section.

    D.    No accommodation was required per the Armstrong vs. Davis BPT Parole Proceedings Remedial Plan (ARP) for effective communication.

_____ 12-30-04
C. Ellison,                    Date
Correctional Counselor I


_____ 12-30-04
J. Selvidge,                   Date
Correctional Counselor II


_____ 12-31-04
R. Pope                        Date
Facility Captain


_____ 12/31/04
D. S. Levorse                  Date
Classification and Parole Representative


LUTHER, KENNETH      D55450      CTF-SOLEDAD      FEB/2005

STATE OF CALIFORNIA                                                         BOARD OF PRISON TERMS

## LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

☐ DOCUMENTATION HEARING

☒ PAROLE CONSIDERATION HEARING

☐ PROGRESS HEARING

INSTRUCTIONS
   TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
   TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY
            ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 12/1/01 to 12/1/02 | | | **PLACEMENT**: Remained at CTF and housed with the general population.<br>**CUSTODY**: Medium A.<br>**VOC. TRAINING**: Luther was assigned as a Computer Refurbishing Technician receiving exceptional grades per CDC 101's dated 1/14/02 and 11/22/02.<br>**ACADEMICS**: None noted this period of review.<br>**WORK RECORD**: None noted this period of review.<br>**GROUP ACTIVITIES**: Luther received a CDC 128-B's dated 1/1/02, 1/11/02, 3/10/02, 4/11/02, 7/1/02, 10/01/02, and 10/9/02 for actively participating in Alcoholics and Narcotics Anonymous.<br>**PSYCH. TREATMENT**: None noted this period of review.<br>**PRISON BEHAVIOR**: Remained disciplinary free this period of review.<br>**OTHER**: On 2/14/02 Luther appeared before the Board of Prison Terms for his Subsequent Parole Consideration Hearing #1. BPT made the following decisions and recommendations: parole denied three years; remain disciplinary free, upgrade vocationally, participate in self-help and therapy. |

C. Elltn, CCI                                                             DATE 12-31-04

LUTHER, KENNETH         D55450              CTF-SOLEDAD              FEB/2005

BPT 1004 (REV 7/86)                    Page _1_

BOARD OF PRISON TERMS                                                                    STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 12/2/02 to 12/2/03 | | | **PLACEMENT:** Remained at CTF and housed with the general population.<br>**CUSTODY:** Medium A.<br>**VOC. TRAINING:** Luther continued to be assigned as a Computer Refurbishing Technician receiving exceptional grades per CDC 101 dated 2/7/03. On 8/26/03 Luther was unassigned due to the program being indefinitely suspended. On 10/31/03 he was reassigned to the Vocational Print Shop.<br>**ACADEMICS:** None noted this period of review.<br>**WORK RECORD:** None noted this period of review.<br>**GROUP ACTIVITIES:** Luther received CDC 128-B's dated 12/31/02, 2/18/03, and 11/3/03 for actively participating in Alcoholics and Narcotics Anonymous.<br>**PSYCH. TREATMENT:** None noted this period of review.<br>**PRISON BEHAVIOR:** Remained disciplinary free this period of review.<br>**OTHER:** None noted in this period of review. |

ORDER:
- ☐ BPT date advanced by ___ months.
- ☐ PBR date advanced by ___ months.
- ☐ BPT date affirmed without change.
- ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

LUTHER, KENNETH         D55450         CTF-SOLEDAD         FEB/2005

BOARD OF PRISON TERMS                                                                    STATE OF CALIFORNIA

BPT 1004 (REV 7/86)                     Page _2_

BOARD OF PRISON TERMS                                                              STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 12/3/03 to 10/29/04 (Present) | | | **PLACEMENT**: Remains at CTF and housed with the general population.<br>**CUSTODY**: Medium A.<br>**VOC. TRAINING**: Luther is currently assigned to the Vocational Print Shop, receiving satisfactory grades per CDC 128-E's dated 12/31/03, 3/31/04, 6/14/04, and 6/30/04. On 6/23/04, Luther received a Certificate of Completion in Vocational Computer Refurbishing. He received a CDC 128-B dated 6/23/04 for his excellent work performance.<br>**ACADEMICS**: None noted this period of review.<br>**WORK RECORD**: None noted this period of review.<br>**GROUP ACTIVITIES**: Luther received CDC 128-B's dated 4/8/04, and 7/7/04 for actively participating in Alcoholics Anonymous.<br>**PSYCH. TREATMENT**: None noted this period of review.<br>**PRISON BEHAVIOR**: Remained disciplinary free this period of review.<br>**OTHER**: None noted in this period of review. |

ORDER:
- ☐ BPT date advanced by ___ months.
- ☐ PBR date advanced by ___ months.
- ☐ BPT date affirmed without change.
- ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify
- ☐ Schedule for Progress Hearing on appropriate institutional calendar

LUTHER, KENNETH          D55450          CTF-SOLEDAD          FEB/2005

BOARD OF PRISON TERMS                                                              STATE OF CALIFORNIA

BPT 1004 (REV 7/86)                        Page _3_