# EXHIBIT 5

# DISCIPLINARY SHEET

## 128A'S
06/17/89 POSSESSION OF UNAUTHORIZED AMOUNT OF FOOD
07/19/89 PLAYING TELEVISION WITHOUT HEADPHONES
12/22/89 REPORTING LATE TO JOB ASSIGNMENT
07/23/90 CONCEALING HIMSELF BEHINDA STATE JACKET
10/17/90 REPORTING LATE TO JOB ASSIGNMENT
11/08/90 HORSEPLAYING WITH ANOTHER INMATE
05/28/97 POSSESSION OF COMPUTER DISKS AND COMPUTER GAMES
10/28/01 FAILURE TO FOLLOW A DIRECT ORDER

## 115'S
02/02/89   FOLSOM   WASTING STATE FOOD
**GUILTY:** COUNSELED AND REPRIMANDED
06/28/90   CTF-C   WORK PERFORMANCE
**GUILTY:** COUNSELED AND REPRIMANDED
10/27/90   CTF-C   DISRESPECTFUL BEHAVIOR
**GUILTY:** 40 HOURS EXTRA DUTY
11/09/90   CTF-C   FAILURE TO PERFORM
**GUILTY:** ASSESSED 30 DAYS LOSS OF CREDITS


LUTHER, KENNETH     D-55450     CTF-SOLEDAD