# EXHIBIT 6

MENTAL HEALTH EVALUATION FOR THE BOARD OF PRISON TERMS
(REVISED AUGUST 1998)
PAROLE CONSIDERATION HEARING
DECEMBER 2001 LIFER CALENDAR

CORRECTIONAL TRAINING FACILITY, SOLEDAD
NOVEMBER 26, 2001

This is a mental health evaluation for the Board of Prison Terms for inmate Kenneth Luther, CDC# D-55450. This report is based upon a personal clinical interview of the inmate, conducted on 11/26/01, as well as a review of his Central file and unit health record. This clinical interview and a review of all pertinent documents were for the express purpose of preparing this report.

## PSYCHOSOCIAL ASSESSMENT

I. **IDENTIFYING INFORMATION:**

Inmate Luther is a 38-year-old, married, Caucasian male whose date of birth is 11/20/63. He is an American citizen. He has no stated religious preference. This inmate does have an unusual physical characteristic involving an amputated tip of the fifth digit of the left hand. He denied ever using any nicknames or aliases.

II. **DEVELOPMENTAL HISTORY:**

Inmate Luther denied any significant developmental history. He denied any childhood history of physical or sexual abuse as either a perpetrator or a victim.

III. **EDUCATIONAL HISTORY:**

Inmate Luther stated that he attended public school and completed the tenth grade. He said he received his GED in 1994 at CTF, and also his high school diploma in 1994 at this facility. He said that he has also obtained his AA degree. In 1991, a chrono indicates a measured grade point level of 12.9. This inmate indicated having been in special education for one year in the eighth grade, although subsequently being returned to the general population. He has no current involvement or interest in educational activities.

LUTHER            D-55450         CTF-CENTRAL            11/30/01            gmj

LUTHER, KENNETH
CDC NUMBER: D-55450
BPT MENTAL HEALTH EVALUATION
PAGE TWO

IV. **FAMILY HISTORY:**

Inmate Luther indicated that his father abused alcohol, although he has remained abstinent for 30 years until the current date. He also stated there is no significant history of crime in his family. He said that he has maintained warm relationships with his family members and that he maintains communication with them through visits, telephone calls and letters. He said he has no history of abuse in these relationships.

V. **PSYCHOSEXUAL DEVELOPMENT AND SEXUAL ORIENTATION:**

Inmate Luther stated that he is a heterosexual male. He denied any history of sexual aggression or high-risk sexual behavior.

VI. **MARITAL HISTORY:**

Inmate Luther stated that he has been married once. He said the marriage began in 1986, and that he currently remains married. However, they are separated. He described this relationship as distant and due to incarceration-related problems. His last communication with her was approximately two years ago.

He further notes that he has three adult-aged children, and that he has not maintained any communication with them in approximately eight years. He said he has no history of abuse with any of these relationships.

VII. **MILITARY HISTORY:**

Inmate Luther stated that he enlisted in the army in 1982. However, he received an honorable discharge after three months due to medical reasons. He said he never received any disciplinaries.

VIII. **EMPLOYMENT/INCOME HISTORY:**

Inmate Luther said that his preincarceration work history includes working for ten years part-time in dry wall construction, working ten years part-time as a carpenter, and also working part-time as an auto mechanic.

LUTHER        D-55450        CTF-CENTRAL        11/30/01        gmj

LUTHER, KENNETH
CDC NUMBER: D-55450
BPT MENTAL HEALTH EVALUATION
PAGE FOUR

## CLINICAL ASSESSMENT

XII. **CURRENT MENTAL STATUS/TREATMENT NEEDS:**

During the clinical interview, inmate Luther was alert and oriented to person, place and time. He was well dressed and groomed. His speech was articulate and contextually meaningful. His mood and affect were within normal limits and his behavior was appropriate to the setting. No evidence of a mood or thought disorder was demonstrated. His estimated level of intellectual functioning was within the average range.

**CURRENT DIAGNOSTIC IMPRESSIONS:**

**AXIS I:**   Polysubstance Abuse, in sustained full remission in a controlled environment..

In addition to attending Alcoholics Anonymous, this inmate has also participated in other self-help groups. In 1994, he was in the Men's Advisory Council. In 1991, he completed a Life Skills group.

XIII. **REVIEW OF LIFE CRIME:**

Inmate Luther described the circumstances surrounding his commitment offense, involving Second Degree Murder with a Firearm and possession of stolen property. He admitted responsibility for the death of the victim.

He stated that he has a poor memory of the crime secondary to his heavy intoxication. However, he does remember stealing a stereo from the victim's girlfriend's car, and shooting the victim, who was chasing him after taking the stereo.

The inmate did show empathy towards damage done to the victims and he seemed genuinely penitent for his crime.

XIV. **ASSESSMENT OF DANGEROUSNESS:**

A. His violence potential within a controlled setting is considered to be below average relative to this

LUTHER          D-55450          CTF-CENTRAL          11/30/01          gmj

LUTHER, KENNETH
CDC NUMBER: D-55450
BPT MENTAL HEALTH EVALUATION
PAGE FIVE

      Level II inmate population. This conclusion is based upon several factors.

      On the one hand, he does have a significant juvenile criminal history involving theft and receiving stolen property in 1980. In 1983, he was charged with marijuana possession and intent to sell. In 1985, he was arrested for a public fight. He has four CDC-115 violations and he has eight CDC-128s, the last received in 2001.

      On the other hand, however, this inmate has no history of gang involvement. He has not received a significant disciplinary in eleven years within CDC. He has never received a violent disciplinary during his 14 years of incarceration within CDC. He does appear to understand the relationship between substance abuse and its relationship to the instant offense. He does appear to be committed to maintaining substance abuse abstinence. No psychopathy was observed during the clinical interview.

      Therefore, in light of these factors, his violence potential within a controlled setting is estimated to be below average relative to this Level II inmate population.

  B.  If released to the community, his violence potential is considered to be no more than that of the average citizen in the community.

  C.  Substance abuse is a risk factor which may be a precursor to violence for this individual.

XV.  **CLINICIAN OBSERVATIONS/COMMENTS/RECOMMENDATIONS:**

  A.  This inmate is competent and responsible for his behavior. He has the capacity to abide by institutional standards.

  B.  This inmate does not have a mental health disorder which would necessitate treatment either during his incarceration period or following upon parole.

LUTHER    D-55450    CTF-CENTRAL    11/30/01    gmj

LUTHER, KENNETH
CDC NUMBER:  D-55450
BPT MENTAL HEALTH EVALUATION
PAGE SIX

    C.  Inmate Luther does have a significant drug and alcohol history, and continued participation in a substance abuse program is suggested, both during his incarceration within CDC and as a contingency for parole.

*[signature: Joe Reed]*

JOE REED, Ph.D.
Staff Psychologist
CORRECTIONAL TRAINING FACILITY, SOLEDAD

JR/gmj

D: 11/29/01
T: 11/30/01