# EXHIBIT 7

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
DECEMBER 2001 CALENDAR

LUTHER, KENNETH E.                                                              D55450

I.   **COMMITMENT FACTORS:**

   A.   **Life Crime:** All relevant documents from previous hearing including the transcript have been considered and that information appears valid. Luther was received into the California Department of Corrections (CDC) on 5/4/87.

      1.   **Summary of Crime:** All relevant documents from the previous hearings including transcripts have been considered and that information appears valid and the writer has no further information to add.

      2.   **Prisoner's Version:** Luther, in an interview setting, reviewed his Central File and stated that his version remains essentially the same as reported in the POR. Luther acknowledged remorse for the incident and stated, "I never intended to shoot or to kill the man." He expresses his regret that the confrontation resulted in his death.

   B.   **AGGRAVATING/MITIGATING CIRCUMSTANCES:**

      1.   **Aggravating Factors:** Remains the same as stated in the previous hearing.

      2.   **Mitigating Factors:** Remains the same as stated in the previous hearing.

II.  **PRECONVICTION FACTORS:**

   A.   **Juvenile Record:** Remains the same as stated in the previous hearing.

   B.   **Adult Convictions:** Remains the same as stated in the previous hearing.

   C.   **Personal Factors:** Remains the same as stated in the previous hearing.

III. **POSTCONVICTION FACTORS:**

   A.   **Special Accommodations/Disability:** None.

LUTHER, KENNETH          D55450               CTF-Soledad                DEC/2001

B. **Custody History:** Documents from the previous hearing have been considered and that information remains valid. During the period of the time since the last hearing, Luther's behavior has been commendable in that he has remained disciplinary free, has maintained a positive program and has participated in the Alcoholics/Narcotics Anonymous Program. Additionally, he has completed a course on the cause, prevention, treatment and management of Tuberculosis, Hepatitis, HIV/AIDS, and Sexually Transmitted Diseases. He has worked in the computer refurbishing program as well as a Clerk and his work reports reflect satisfactory plus and exceptional grading. Luther appeared before the Board of Prison Terms on 12/2/97 for an Initial Parole Consideration Hearing. He was denied parole for four (4) years. In preparation for his next hearing the Board recommended that he become disciplinary free, upgrade vocationally, and participate in self-help and available therapy programs. Luther has complied with all BPT recommendations. (See Postconviction Progress Report for details).

C. **Therapy & Self-Help Activities:** Documents from the previous hearing have been considered and that information remains valid. During the period of time since the last hearing, Luther has participated in Alcoholics/Narcotics Anonymous Program. He states he has been attending AA/NA meetings and intends to continue to do so even after parole. (See Postconviction Progress Report for details).

D. **Disciplinary History:** During the period of time since his last hearing, Luther has remained disciplinary free.

IV. **FUTURE PLANS:**

A. **Residence:** Upon parole, Luther plans to reside with his parents, Billie and Kenneth Luther at 3548 Haystack Dr., Carson City, NV 39705; telephone: (775) 267-0098. If this is not possible due to his previous residence being in Santa Cruz County at the time of commitment offense, he will live with his sister, Carrie Young at 247 Sierra Vista Court, Aptos, CA 95003; telephone: (831) 688-8555.

B. **Employment:** If paroled to Nevada his future plans include working for his father as a carpenter and construction worker at above address. If released to Santa Cruz, he feels confident that he would be able to gain employment in construction work or possibly in the computer field as he is learning the computer through vocational training. Luther stated that he would seek any kind of employment until he could obtain employment in the computer field. Additionally, his family has offered him financial and moral support.

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING                    3
DECEMBER 2001 CALENDAR

V.  **USINS STATUS:** N/A

VI. **SUMMARY:**

   A.  Considering the commitment offense, prior record, and prison adjustment, this writer believes Luther would probably pose a moderate degree of threat to the public at this time. He has utilized his time during incarceration to develop marketable skills and overall has maintained a positive attitude. Luther has actively involved himself in the AA/NA program, upgraded educationally and vocationally, and has programmed well in a controlled environment. He expressed his determination to avoid all drugs for the rest of his life.

   B.  Prior to release, Luther could benefit from maintaining a disciplinary free record, continuing participation in the AA/NA program, and maintaining a positive and stable work record.

   C.  This Board Report is based upon a thorough review of the Central File, incidental contact in housing unit, and one hour interview with Luther.

   D.  Luther reviewed his Central File on 9/25/01 in preparation for his upcoming Subsequent Parole Consideration Hearing.

LUTHER, KENNETH            D55450            CTF-Soledad            DEC/2001

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
DECEMBER 2001 CALENDAR

4

_____
H. Farbakhsh
Correctional Counselor I


_____
J. Sisk
Correctional Counselor II


4 ⇒ _____
R. Pope
Facility Captain


_____
D. S. Levorse
Classification and Parole Representative


LUTHER, KENNETH     D55450     CTF-Soledad     DEC/2001

BOARD OF PRISON TERMS  STATE OF CALIFORNIA
# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

- ☐ DOCUMENTATION HEARING
- ☒ PAROLE CONSIDERATION HEARING
- ☐ PROGRESS HEARING

INSTRUCTIONS
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, i.e., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 9/97 to 9/98 | | | **PLACEMENT:** Correctional Training Facility. **CUSTODY:** MED A **CLASSIFICATION SCORE:** 0 **ACADEMIC:** Completed a week long course on the cause, prevention, treatment, and management of Tuberculosis, Hepatitis, HIV/AIDS, and Sexually Transmitted Diseases. See CDC 128-B's dated 9-7-98, 9-9-98, 9-10-98 and 9-14-98. Also see certificate of completion. **WORK:** Assigned to the assignment office as a clerk and received work reports with exceptional grading. See CDC 101 dated 10-20-97 and 8-5-98. Also see CDC 128-B Laudatory chrono dated 9-22-98. **VOCATION:** None noted during this period. **GROUP ACTIVITIES:** Participated in Alcoholics/Narcotics Anonymous Program. See CDC 128B dated 8-29-97 and 2-24-98 and 8-1-98. **PSYCH TREATMENT:** None noted during this period. **PRISON BEHAVIOR:** Remained disciplinary free during this period. Received Laudatory chrono on 9-22-98, commended for his exceptional efforts displayed during his assignment in assignment office as a clerk. |

CORRECTIONAL COUNSELOR'S SIGNATURE *[signature]* acI     DATE 12-19-01

LUTHER, KENNETH     D55450     CTF-Soledad     DEC/2001

BPT 1004 (REV 7/86)     Page _1_

BOARD OF PRISON TERMS                                                                      STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 9/98 to 9/99 | | | **PLACEMENT:** Correctional Training Facility.<br>**CUSTODY:** MED A<br>**CLASSIFICATION SCORE:** 0<br>**ACADEMIC:** Noted in Vocation.<br>**WORK:** Noted in Vocation.<br>**VOCATION:** Assigned to Vocational Computer Repair with satisfactory and exceptional evaluation and performance. See CDC 101's and 128-E's dated 1-11-99, 4-8-99, 4-9-99 and 7-12-99. Received Certificate of Award of Merit from Valley Adult School in Computer Refurbishing Program, dated 8-31-99.<br>**GROUP ACTIVITIES:** Participated in Alcoholics/Narcotics Anonymous Program. See CDC 128-B's dated 2-25-99.<br>**PSYCH TREATMENT:** None noted and none available.<br>**PRISON BEHAVIOR:** Remained disciplinary free during this period. |

ORDER:
- ☐ BPT date advanced by ___ months.        ☐ BPT date affirmed without change.
- ☐ PBR date advanced by ___ months.        ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify

- ☐ Schedule for Progress Hearing on appropriate institutional calendar

LUTHER, KENNETH          D55450           CTF-Soledad           DEC/2001

BOARD OF PRISON TERMS                                                                      STATE OF CALIFORNIA

BPT 1004 (REV 7/86)                      Page _2_

BOARD OF PRISON TERMS                                                                    STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 9/99 to 9/00 | | | **PLACEMENT**: Correctional Training Facility.<br>**CUSTODY**: MED A<br>**CLASSIFICATION SCORE**: 0<br>**ACADEMIC**: Noted in Vocation.<br>**WORK**: Noted in Vocation.<br>**VOCATION**: Assigned to Vocational Computer Report and received satisfactory and exceptional grading on his work reports dated 10-6-99, 10-14-99, 12-10-99, 2-2-00 and 4-11-00.<br>**GROUP ACTIVITIES**: Participated in Alcoholics/Narcotics Anonymous Program. See CDC-128-B dated 9-8-99.<br>**PSYCH TREATMENT**: None noted and none available.<br>**PRISON BEHAVIOR**: Remained disciplinary free during this period. |

ORDER:
- ☐ BPT date advanced by ____ months.         ☐ BPT date affirmed without change.
- ☐ PBR date advanced by ____ months.         ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

LUTHER, KENNETH            D55450                    CTF-Soledad                    DEC/2001

BOARD OF PRISON TERMS                                                                    STATE OF CALIFORNIA

BPT 1004 (REV 7/86)                    Page _3_

BOARD OF PRISON TERMS                                                                                      STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 9/00 to Present | | | **PLACEMENT:** Correctional Training Facility.<br>**CUSTODY:** MED A<br>**CLASSIFICATION SCORE:** 0<br>**ACADEMIC:** Noted in Vocation.<br>**WORK:** Noted in Vocation.<br>**VOCATION:** Assigned to Computer Refurbishing Program and received exceptional grading on his Work Supervisor's Report dated 2-29-00 and 3-31-01.<br>**GROUP ACTIVITIES:** Participated in Alcoholics/Narcotics Anonymous Program. See CDC 128-B's dated 11-12-00, 3-17-01, 5-5-01 and 7-10-01.<br>**PSYCH TREATMENT:** None noted and none available.<br>**PRISON BEHAVIOR:** Remained disciplinary free during this period. |

ORDER:
- ☐ BPT date advanced by _____ months.          ☐ BPT date affirmed without change.
- ☐ PBR date advanced by _____ months.          ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

LUTHER, KENNETH          D55450          CTF-Soledad          DEC/2001

BOARD OF PRISON TERMS                                                                                      STATE OF CALIFORNIA

BPT 1004 (REV 7/86)                               Page _4_

# DISCIPLINARY SHEET

**CDC 115's:**

| Date | Location | Code | Description |
|---|---|---|---|
| 2/3/89 | FOLSOM | 3053 | Wasting State Food / Guilty. Counseled and reprimanded, receptive to counseling, good attitude. |
| 6/28/90 | CTF-C | 3041 | Work performance / Guilty. Counseled and reprimanded. |
| 10/27/90 | CTF-C | 3004 | Disrespectful behavior / Guilty. Forty (40) hours extra duty, two weekends CTQ, counseled and reprimanded. |
| 11/9/90 | CTF-C | 3041 | Failure to Perform / Guilty. Assessed thirty (30) days LOC, counseled and reprimanded. |

**CDC-128-A's**

| Date | Location | Description |
|---|---|---|
| 6/17/89 | FOLSOM | Possession of State Food, in excess of limit. |
| 7/19/89 | FOLSOM | Use of T.V. without headphones. |
| 12/22/89 | CTF | Tardiness to assignment. |
| 7/23/90 | CTF | Concealment during count. |
| 10/17/90 | CTF | Tardiness to assignment. |
| 11/8/90 | CTF | Horseplaying. |
| 5/28/97 | CTF | Contraband. |
| 10/28/01 | CTF | Failure to follow a direct order |

LUTHER, KENNETH    D55450    CTF/Soledad    DEC/2001