# EXHIBIT 8

LIFE PRISONER EVALUATION REPORT
INITIAL PAROLE CONSIDERATION HEARING
NOVEMBER 1997 CALENDAR

LUTHER, KENNETH                                              D55450

I.  **COMMITMENT FACTORS:**

   A.  <u>Life Crime</u>:   Count 1; PC187, Murder 2nd with P12022.5 Use of Firearm; enhancement, Count 2; PC496, Receiving Stolen Property, Case #0355.  Sentence:   For Count 2: 2 years; for enhancement 2 years for a total term of 4 years, in Count 1:  15 years to Life consecutive to Count 2 and enhancement.  MEPD: 12/11/98.  Victim: Joseph Vamvolakis, no known relationship.

   1.  <u>Offense Summary</u>:   On May 10, 1986, at approximately 1:40 a.m., Kenneth Luther attempted to steal a stereo from the jeep belonging to Stacey Hine, which was parked in front of her parents' residence.  During the attempted theft, Luther was observed and pursued by Stacey Hine's boyfriend, Joseph Vomvolakis, the victim.  Joseph Vomvolakis happened to be leaving the residence at the time of the theft.  Stacey Hine stated that shortly after Joseph had left the residence she had heard three gunshots.  While she called the sheriff's office, she asked her brother, Martin, to check out what had happened.  Simultaneously, a sheriff's deputy reported to the location of "a man down", later identified as Joseph Vomvolakis.  Joseph Vomvolakis had suffered two gunshot wounds from a .25 caliber automatic weapon.  Both wounds, one to the abdomen and the other to the head, would have by themselves caused death.  The deputies canvassed the area and went to a nearby motel where they interviewed Luther.  Fingerprints were matched to Luther from a beer can and knife found near the jeep.  Upon cross examination, Luther told the deputies where the gun was located.  He admitted he had stolen the gun a few weeks prior to the shooting.  A gun and screwdriver were retrieved by deputies from a nearby field.  Santa Cruz Co. POR #A24, 952, dated 4/20/87.

   2.  <u>Prisoner's Version</u>: Luther states there are minor differences between the POR Offense Summary and his version.  He declined to elaborate on these differences.

```
LIFE PRISONER EVALUATION REPORT
INITIAL PAROLE CONSIDERATION HEARING
NOVEMBER 1997 CALENDAR                                          PAGE 2

LUTHER, K.                                                      D55450
```

      3.    Aggravating Circumstances:

          A.    Luther was engaged in other reliably documented criminal conduct which was an integral part of the crime for which he is committed. He had stolen the handgun used in the crime a couple of weeks prior to the shooting. At the time of the crime, Luther had been under the influence of cocaine and alcohol (Later, when he was arrested, a blood sample proved positive for cocaine and cannabanoids). The victim had interrupted Luther, who was attempting to steal a stereo component and stereo components were later found at Luther's residence.

          B.    The manner in which the crime was committed created a potential for serious injury to persons other than the victim of the crime. Deputies found three .25 caliber shell casings at the scene of the crime. Any one of those shots could have entered the homes in the area hitting the inhabitants, even though the shooting took place at 1:40 a.m., and most of the inhabitants were in bed asleep.

          Mitigating Circumstances:    None.

II.    **PRECONVICTION FACTORS:**

    A.    Juvenile Record:

          12/3/80: Arrested 484/496 P.C., Theft and Receiving Stolen Property-placed on informal supervision by the Santa Cruz County Probation Department.

          6/8/81: Arrested 23110 VC/594 P.C., Throwing Substance at Vehicles/Vandalism-dismissed after investigation.

    B.    Adult Convictions:

          9/10/83: Arrested 11357(c)/11359/11360(A) H&S, Possession Marijuana over 1 ounce, 28.5 gram/ Possession Marijuana, Hashish For Sale/Sell or Transport Marijuana/Hashish-convicted of possession marijuana over 1 ounce/28.5 gram, 36 month summary probation, 30 days jail.

```
LIFE PRISONER EVALUATION REPORT
INITIAL PAROLE CONSIDERATION HEARING
NOVEMBER 1997 CALENDAR                                      PAGE 3


LUTHER, K.                                                  D55450
```

    B.    <u>Adult Convictions</u>:  Cont.

           7/31/85: Arrested 415.1 P.C., Fight/Challange Another to Fight in a Public Place-charges 415.1 and 1320a. P.C. (Failure to appear, while charged with misdemeanor, $44 fine, 1 day jail, 1 day CTS, 6 month good behavior.

    C.    <u>Personal Factors</u>: Kenneth E. Luther, Jr. was born on November 20, 1963 in Santa Cruz, California to Kenneth E. and Billie Luther. He is the third of four children. His father was a construction superintendent while his mother was a housewife. As early as 1981, his parents were involved in Alcoholics Anonymous and Luther was involved in Teen-anon. He began using marijuana at 16 or 17 years of age and began using cocaine at 19 years of age. He regularly consumed alcohol. Luther attended Aptos High School until the 11th grade when he quit due to being discovered having possession of stolen school property. He entered the United States Army on February 1, 1984 and was discharged on February 29, 1984 due to having arthritis in his right shoulder. He had been employed intermittently as a laborer in construction.

           Sources:  P.O.R., CI&I.

III.  <u>POSTCONVICTION FACTORS</u>: Luther has been in prison for ten years. He was received in NRC/CMF where custody was established at Close B, classification score at 78. On 5/26/87, he was received at Folsom where his case factors remained the same, WG/PG A2B. On 11/23/88 his WG/PG was changed to A1A when he was assigned to Maintenance. On 8/4/89 he was received at CTF with Close B custody, WG/PG A1A and a classification score of 50. On 11/16/90, his WG/PG was changed to A2B due to a serious CDC 115 received for performance in his assignment. He was reassigned on 12/19/90 thereby changing his WG/PG to A1A. On 1/10/94, his custody was reduced to Medium A. He currently has a classification score of 0. His assignments have included Maintenance Builder, Textiles, Education, porter, college, Yard Crew, Culinary, and various clerk positions. While housed at CTF Luther completed his GED on 1/29/92, and received his high school diploma from Valley Adult School. He received an Associate of Arts degree in General Studies from Hartnell College in 1994. His disciplinary history consists of four (4) CDC 115's and seven (7) Custodial Counseling Chronos.

```
LIFE PRISONER EVALUATION REPORT
INITIAL PAROLE CONSIDERATION HEARING
NOVEMBER 1997 CALENDAR                                          PAGE 4


LUTHER, K.                                                      D55450
```

III. **POSTCONVICTION FACTORS:**  Cont.

The CDC 115's are as follows:  2/3/89 for Use of Food (wasting State food); 6/28/90 for Work Performance; 10/27/90 for Disrespectful Behavior; and 11/9/90 for Failure to Perform.  The Custodial Counseling Chronos are as follows:  6/17/89 for Possession of State Food, In Excess of Limit; 7/19/89 for Use of TV without Headphones; 12/22/89 for Tardiness to Assignment; 7/23/90 for Concealment During Count; 10/17/90 for Tardiness to Assignment; 11/8/90 for Horseplaying; and 5/28/97 for Contraband.  Since October, 1989, he has been a member of the Alcoholics Anonymous program.  He has participated in the Lifeskills group (CDC 128c dated 9/20/91); Men's Advisory Council (CDC 128B dated 3/14/94); and the "1994 Children's Walk-a-Thon" (CDC 128B dated 5/11/94).  He has received Laudatory Chronos for the following:  5/16/91 Commendation for his Academic Progress; 3/14/94 for His Performance as a Member of the Men's Advisory Council; 5/12/94 for volunteering for "1994 Children's Walk-a-Thon"; 6/1/94 for Achievement of Associate of Arts degree in General Education; and two 128B's, 2/6/95 and 9/6/95, for Excellent Work Performance as a Library Clerk.

IV. **FUTURE PLANS:**  Luther would prefer to parole to Los Angeles County and reside with his aunt, Bobbie Luther, at 19251 Brookhurst Street, #141; Huntington Beach, California; 92646; (714) 962-7401.  If this is not possible due to his previous residence being in Santa Cruz County at the time of commitment, he will live with his parents, Kenneth Sr., and Billie Luther, at 1007 Freedom Boulevard, #15; Watsonville, California; 95076; (408) 763-0995.  Currently he is waiting for replies to several letters he has sent to companies for various jobs within the Construction Industry.

V. **SUMMARY:**

A. Considering the commitment offense, prior record and prison adjustment, this writer believes the prisoner would pose an unpredictable degree of threat to the public at this time.  During the ten years of his incarceration he has passed the GED test, received his high school diploma, and received an Associate of Arts degree in General Education; however, he has not participated in a vocational training program.  During the commission of the Life crime, Luther was under the influence of alcohol and a controlled substance.

```
LIFE PRISONER EVALUATION REPORT
INITIAL PAROLE CONSIDERATION HEARING
NOVEMBER 1997 CALENDAR                                          PAGE 5

LUTHER, K.                                                      D55450
```

**V.  SUMMARY:**  Cont.

    Although he has participated in the AA program, this writer is concerned about the uncertainty of Luther's abstinence from alcohol and usage of illegal drugs in an uncontrolled setting. Without vocational skills, should he be unable to obtain a job on his education alone, he may be prone to returning to the same life style he had prior to committing his Life crime. There also is concern about the escalation of violence in Luther's criminal history, which resulted in the instant offense.

  B.  Prior to release, the prisoner could benefit from:

    Maintaining a disciplinary free record, continuing participation in the AA program, and participation in a vocational training program.

  C.  This Board Report is based upon on a thorough review of the Central File and an interview with Luther. Luther has been on this writer's caseload since 6/7/97.

LIFE PRISONER EVALUATION REPORT
INITIAL PAROLE CONSIDERATION HEARING
NOVEMBER 1997 CALENDAR                                            PAGE 6

**LUTHER, K.**                                                    D55450


*[signature]* B A Crawford CCI 4
M. AGUIRRE
CORRECTIONAL COUNSELOR I


*[signature]*
B. BARRAGAN
CORRECTIONAL COUNSELOR II


*[signature]* B. H. Barragan F.C.(A) 4
F. LIKINS
FACILITY CAPTAIN


*[signature]*
D. LEVORSE
CLASSIFICATION & PAROLE REPRESENTATIVE(A)

BOARD OF PRISON TERMS                                                                STATE OF CALIFORNIA

# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

☐ DOCUMENTATION HEARING

☐ PAROLE CONSIDERATION HEARING

☐ PROGRESS HEARING

**INSTRUCTIONS**
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT.
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, i.e., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| YEAR | POSTCONVICTION CREDIT BPT | PBR | REASONS |
|---|---|---|---|
| 6/94 to 6/95 | | | **Placement**: Luther remained at the Correctional Training Facility (CTF) for this year. **Custody**: Medium A. **Classification Score**: His classification score was reduced to 12 points. **Vocational Training**: None noted. **Academics**: He received his Associate of Arts degree in General Education from Hartnell College in 1994. **Work Record**: He was assigned to the Library as Clerk. On 7/15/94, 8/15/94, 12/27/94 and 1/24/95, he received satisfactory, above average and exceptional ratings on his Work Supervisor's Report. On 2/6/95, Luther received a Laudatory Chrono for his work performance as a clerk in the Library from his supervisor, C. Bailey, Senior Librarian. **Group Activities**: He received chronos for his participation in the Alcoholics Anonymous program on 10/26/94, 1/9/95 and 5/12/95. **Psychological Treatment**: None noted this year. **Prison Behavior**: Luther remained disciplinary free this year. |
| 6/95 to 6/96 | | | **Placement**: Luther remained at CTF for this year. **Custody**: Medium A. **Classification Score**: His classification score was reduced to 4 points. **Vocational Training**: None noted. **Academics**: None noted. **Work Record**: On 9/9/95 Luther was assigned to PM Culinary. On 11/1/95, he was assigned to Culinary Sergeant's Clerk. On 11/8/95 Luther was assigned to the Yard Crew then assigned to Inmate Assignment Clerk on 11/22/95. |

CORRECTIONAL COUNSELOR SIGNATURE: A Crawford & MT Aguirre CCI    DATE: 8-13-97

NAME: LUTHER, K    CDC NUMBER: D55450    INSTITUTION: CTF    CALENDAR: 11/97    HEARING DATE:

BPT 1004 (REV. 7/86)                       PAGE 1 of 2

BOARD OF PRISON TERMS                                                                  STATE OF CALIFORNIA

## CONTINUATION SHEET: LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 6/95 to 6/96 | Cont. | | On 6/15/95, 11/18/95, 1/11/96, and 4/5/96 Luther received satisfactory, above satisfactory, and exceptional ratings on his Work Supervisor's Report. On 9/6/95 he received a Laudatory Chrono from the Senior Librarian, C. Bailey, for his work performance as a clerk in the Library. <u>Group Activities</u>: He received a chrono for his participation in the Alcoholics Anonymous program on 12/22/95. <u>Psychological Treatment</u>: None noted this year. <u>Prison Behavior</u>: Luther remained disciplinary free during this year. |
| 6/96 to Present | | | <u>Placement</u>: Luther remained at CTF for this year. <u>Custody</u>: Medium A. <u>Classification Score</u>: His classification score was reduced to 0 points. <u>Vocational Training</u>: None noted <u>Academics</u>: None noted. <u>Work Record</u>: Assigned as Inmate Assignment Clerk. On 7/3/96 and 10/3/96 he received exceptional ratings on his Work Supervisor's Report. <u>Group Activities</u>: Luther received chronos for his participation in the Alcoholics Anonymous Program on 10/29/96 and 2/11/97. <u>Psychological Treatment</u>: None noted during this year. <u>Prison Behavior</u>: Luther received a custodail counseling chrono on 5/28/96 for contraband.<br><br>Inmate Luther received an Olsen review on <u>August 5, 1997</u> for the purpose of his Initial Parole Consideration Hearing. |

**ORDER:**

☐ BPT date advanced by _____ months.        ☐ BPT date affirmed without change.

☐ PBR date advanced by _____ months.        ☐ PBR date affirmed without change.

**SPECIAL CONDITIONS OF PAROLE:**

☐ Previously imposed conditions affirmed.

☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LUTHER, K. | D55450 | CTF | 11/97 | |

BPT 1004 (REV. 7/86)                     PAGE 2 of 2                     PERMANENT ADDENDA

DISCIPLINARY SHEET

<u>CDC-115's</u>

| Date | Facility | Code | Offense / Disposition |
|---|---|---|---|
| 2/3/89 | FOL | 3053 | Use of Food (Wasting State Food). <u>Guilty</u>: Counseled and reprimanded. |
| 6/28/90 | CTF | 3041d | Work Performance. <u>Guilty</u>: Counseled and reprimanded. Demoted from Utility Leadman to Machine Operator. |
| 10/27/90 | CTF | 3004 | Disrespectful Behavior. <u>Guilty</u>: 40 hours extra duty. Two weekends CTQ, RDO's only. Counseled and reprimanded. |
| 11/9/90 | CTF | 3041 | Failure to Perform. <u>Guilty</u>: Assessed 30 days loss of credits. Counseled and reprimanded. |

<u>CUSTODIAL COUNSELING</u>:

| Date | Facility | Offense |
|---|---|---|
| 6/17/89 | FOL | Possession of State Food, In Excess of Limit. |
| 7/19/89 | FOL | Use of TV without Headphones. |
| 12/22/89 | CTF | Tardiness to Assignment. |
| 7/23/90 | CTF | Concealment During Count. |
| 10/17/90 | CTF | Tardiness to Assignment. |
| 11/8/90 | CTF | Horseplaying. |
| 5/28/97 | CTF | Contraband. |

BOARD OF PRISON TERMS  
STATE OF CALIFORNIA

# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

- [x] DOCUMENTATION HEARING
- [ ] PAROLE CONSIDERATION HEARING
- [ ] PROGRESS HEARING

**INSTRUCTIONS**
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT.
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, i.e., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 12/91 to 12/92 | | | Luther continued with Close B Custody among the General Population at CTF-Central. He continued in his high school program and completed his GED with grades of A's and B's. On 06/25/92, he was enrolled in Hartnell College and received A's and B's. Additionally, he was assigned as E-Wing Porter for half-a-day wherein, he received above average grades on his Work Supervisor Reports. On 02/11/92, he appeared before the UCC for his Post Board. The recommendations of the BPT were to continue to pursue an Educational or Vocational Degree. There are no disciplinaries noted during this reporting period. He continued in Alcoholics Anonymous. There was no other participation in self-help or Psycho Therapy. |
| 12/92 to 12/93 | | | Luther continued with Close B Custody among the General Population at CTF-Central. He continued in Harnell and received As and Bs. On 06/11/93, he appeared before the UCC for a Special Review. As a result of CTF changing from Level III to Level II, his case was referred to the CSR for a Level III Review with the recommendation of Lancaster and an alternate of Solano. On 07/22/93, his case was endorsed for CTF-II Retention based on his Classification Score of 28. He was given an override based on behavior/life. On 12/14/93, he appeared before the UCC for a Special Review. Luther is requesting to have his Custody reduced to Medium A. On 09/24/93, Luther was reassigned from the E-Wing Porter to 1st Floor Custody Clerk. He received exceptional grades on his Work Supervisor Reports. There were no disciplinaries reported |

CORRECTIONAL COUNSELOR SIGNATURE: *[signed]* CC-I
DATE: 10-6-94

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| Luther | D-55450 | CTF | | |

BPT 1004 (REV 7/86)
PAGE 1 of 2

BOARD OF PRISON TERMS · STATE OF CALIFORNIA
# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

- [X] DOCUMENTATION HEARING
- [ ] PAROLE CONSIDERATION HEARING
- [ ] PROGRESS HEARING

**INSTRUCTIONS**
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT.
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, i.e., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 5/87 TO 5/88 | | | Luther was committed to the Department of Corrections on his instant offense on 5-4-87, and he was received at the Northern Reception Center at the California Medical Facility. On 5-18-87, he was endorsed for placement at Folsom, and he was received at Folsom on 5-26-87. He appeared before Unit Classification Committee on 5-28-87 for an Initial Review. His custody was established at Close B, and he was placed on the assignment waiting list. During this period, he remained in the general population with no noted medical or psychiatric problems. He remained disciplinary free and continued on the assignment waiting list in work group/privilege group A2/B. |
| 5/88 TO 5/89 | | | On 5-25-88, Luther appeared before the Unit Classification Committee for an Annual Review. He was placed on the waiting list for a job in the prison industries. On 11-23-88, Luther was assigned to Building Maintenance. His work group/privilege group to A1/A. On 2-3-89, Luther received an Administrative 115 for wasting state food. He was found guilty, counseled and reprimanded. On 3-27-89, Luther received a general chrono indicating several items of contraband were confiscated from his cell. He did not received any disciplinary action during this period, Luther remained in the general population with no noted medical or psychiatric problems. He did not receive any work supervisor reports during this period. He did not receive any serious disciplinaries. |

CORRECTIONAL COUNSELOR SIGNATURE: *P.R. Miner*   DATE: 12-7-91

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LUTHER, KENNETH | D-55450 | CTF-SOLEDAD | 12/91 | 12-16-91 |

BPT 1004 (REV 7/86)    PAGE 1 of 5

BOARD OF PRISON TERMS　　　　　　　　　　　　　　　　　　　　　　　　　　STATE OF CALIFORNIA

## CONTINUATION SHEET: LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 5/90 TO 5/91 | | | On 5-17-90, Luther appeared before the Unit Classification Committee for an Annual Review. His classification score was adjusted to 42, reflecting two periods of no CDC-115's and two periods of average or above average work supervisor reports. On 6-11-90, Luther appeared before the Full Classification Committee for Close Custody Review. He was retained at Close B custody. On 6-28-90, Luther was given a CDC-115 for work performance. The charges were later changed to disrespect and the 115 was dropped from serious to administrative. On 10-27-90, Luther received another administrative 115 for disrespectful behavior. He was found guilty and assessed 40 hours of extra duty. On 10-29-90, Luther received a CDC-128 wherein his supervisor requested that Luther be re-assigned as a result of his prior 115's for disrespect. On 11-9-90, Luther received a CDC 115 for failure to perform at his job in textiles. He was found guilty and assessed 30 days loss of credits. On 11-29-90, Luther appeared before the Unit Classification Committee for a special review. The Committee confirmed the loss of 30 days on the CDC-115 of 11-9-90. The Committee also elected to drop Luther from his textiles assignment effective 11-16-90. He was placed on the academic and support services waiting list. There is a medical report dated 12-6-90, describing an injury to Luther's right thumb caused by playing football. |

ORDER:

☐ BPT date advanced by _____ months.　　　☐ BPT date affirmed without change.
☐ PBR date advanced by _____ months.　　　☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:

☐ Previously imposed conditions affirmed.
☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LUTHER, KENNETH | D-55450 | CTF-SOLEDAD | 12/91 | 12-16-91 |

BPT 1004 (REV 7/86)　　　　　　　　　　PAGE 3 of 5　　　　　　　　　　PERMANENT ADDENDA

BOARD OF PRISON TERMS                                                                                           STATE OF CALIFORNIA

**CONTINUATION SHEET: LIFE PRISONER: POSTCONVICTION PROGRESS REPORT**

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 5/90 TO 5/91 (CON'TO | | | On 12-19-90, Luther was assigned to education. On 4-3-91, Luther received an education progress report with a grade of 'B' and satisfactory conduct grades. On 4-9-91, Luther received a chrono indicating he passed the high school proficiency test. |
| 5/91 TO PRESENT | | | On 5-16-91, Luther received a general chrono commending his willingness to participate and cooperate in the Alcoholic's Anonymous Program. On 7-10-91, he received an education progress report indicating he had completed a course in U.S. Government, earning five semester credits with a grade of 'B', as well as completion of a Health and Safety course with a grade of 'B'. He also completed a Physical Science class, earning five semester units and a grade of 'B'. During this period he also completed courses in Biology I and II, earning a grade of 'B+' and ten units. He also completed courses in American Government, English Literature I and II and World History I and II, earning grades of 'B' and 'A-'. On 7-30-91, Luther appeared before the Unit Classification Committee for an Annual Review. His custody was retained at Close B. His classification score was adjusted to 44, reflecting one period of no serious 115's and one period of average or above average work performance. |

**ORDER:**

☐ BPT date advanced by _____ months.     ☐ BPT date affirmed without change.

☐ PBR date advanced by _____ months.     ☐ PBR date affirmed without change.

**SPECIAL CONDITIONS OF PAROLE:**

☐ Previously imposed conditions affirmed.

☐ Add or modify _____

_____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LUTHER, KENNETH | D-55450 | CTF-SOLEDAD | 12/91 | 12-16-91 |

BPT 1004 (REV 7/86)                                      PAGE 4 of 5                                      PERMANENT ADDENDA

BOARD OF PRISON TERMS  STATE OF CALIFORNIA

## CONTINUATION SHEET: LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 5/91 TO PRESENT (CON'T) | | | On 9-20-91, Luther received a chrono from Bruce M. Bakeman, Ph.D., Staff Psychologist, stating he was an active and successful participant in the Life Skills Program. This was a group session where inmates met for one hour per week for ten weeks. During this period, Luther remained housed in the general population. He remained disciplinary free with no noted psychiatric or medical problems. |

**ORDER:**

☐ BPT date advanced by _____ months.   ☐ BPT date affirmed without change.
☐ PBR date advanced by _____ months.   ☐ PBR date affirmed without change.

**SPECIAL CONDITIONS OF PAROLE:**

☐ Previously imposed conditions affirmed.
☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| LUTHER, KENNETH | D-55450 | CTF-SOLEDAD | 12/91 | 12-16-91 |

BPT 1004 (REV 7/86)   PAGE 5 of 5   PERMANENT ADDENDA