# EXHIBIT 9

F I L E D

SEP 2 9 2006

ALEX CALVO, CLERK
BY
DEPUTY, SANTA CRUZ COUNTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CRUZ

In the matter of the Application of:

KENNETH E. LUTHER,

     Petitioner,

For Writ of Habeas Corpus.

_____/

NO. CV 154125

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS

    A petition for writ of habeas corpus has been filed in this matter on August 11, 2006. Petitioner asserts that the Board of Parole acted improperly by denying him parole for the third time and setting the next parole hearing in two years.

    Petitioner asserts that the Board's reasons for finding him "unsuitable" for parole were not supported by the required "some evidence" in the record and/or were contrary to law; and that the decision was therefore arbitrary and capricious, and a denial of his right to due process.

    In April, 1987, Petitioner was sentenced to 15 years to life, plus four years, for second degree murder with use of a firearm. His commitment offense occurred while Petitioner was attempting to flee from the unarmed victim of a robbery. The victim, Joseph Vomvolakis, caught Petitioner in the act of stealing a stereo from his girlfriend's car, gave chase for approximately 300 feet, and was then shot twice by Petitioner in the abdomen and the head, with three shots fired in all. Petitioner was found to have alcohol and cocaine in his system upon arrest, and attributes the cause of his criminal behavior to his substance abuse.

1    The Board only needed some evidence to legally justify its decision. There is ample

2    evidence for the Board to do what it did. Indeed, the Board has the discretion to base their

3    decision on the circumstances of the committing offenses alone. *In re Dannenberg*, 34 Cal4th

4    1061.

5        The petition is denied.

6

7

8

9    DATED:  _9-29-06_              _____

                                   ROBERT B. ATACK

10                                 Judge of the Superior Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CRUZ

In the matter of the Application of:        NO. CV 154125

    KENNETH E. LUTHER,       *Certificate of Mailing*

      Petitioner,

For Writ of Habeas Corpus.

_____/

    I, ALEX CALVO, Clerk of the Superior Court of the State of California for the County of Santa Cruz, and not a party to the within action, hereby certify that on **September 27, 2006,** I served copies of the attached ORDER TO SHOW CAUSE by depositing the enclosed in sealed envelopes with the postage thereon fully prepaid, in the United States Post Office at Santa Cruz, California, addressed as follows:

Kenneth E. Luther
CDC No. D-55450
G-Wing 320 – LOW, CTF – SOLEDAD (Central)
P.O. Box 689
Soledad, CA 93960-0689

Office of the District Attorney
Count of Santa Cruz
701 Ocean Street
Santa Cruz, CA 95060

Office of the Attorney General
*State of California*
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

DATED: _____      ALEX CALVO, Clerk


                              By_____
                                  Deputy Clerk