# EXHIBIT 10

# ORIGINAL

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

Court of Appeal - Sixth App. Dist.

# FILED

DEC 21 2006

MICHAEL J. YERLY Clerk

By _____

DEPUTY

| | |
|---|---|
| In re KENNETH E. LUTHER, <br><br> on Habeas Corpus. | H030906 <br> (Santa Cruz County <br> Super. Ct. No. CV154125) |

BY THE COURT:

The petition for writ of habeas corpus is denied.

(Premo, Acting P.J., Elia, J., and Duffy, J., participated in this decision.)

Dated ___DEC 21 2006___        _____Premo_____ Acting P.J.