# EXHIBIT 11

Court of Appeal, Sixth Appellate District - No. H030906
S149121

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re KENNETH E. LUTHER on Habeas Corpus

The petition for review is DENIED.

SUPREME COURT
FILED

MAR 1 4 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
_____
Chief Justice